# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** INDIANA

In re:                                                     §
                                                           §
HOUGLAND, BRYAN KEITH                                      §      Case No. 12-91540-BHL-7
HOUGLAND, TRACY RENEE                                      §
                                                           §
_____                   §
                        Debtor(s)                          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/13/2012 . The undersigned trustee was appointed on 07/13/2012 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $           11,053.39

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 50.00 |
| Bank service fees | 38.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

        Leaving a balance on hand of[1]          $           10,964.44

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/06/2012 and the deadline for filing governmental claims was 01/09/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,855.34 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,855.34 , for a total compensation of $ 1,855.34 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 90.76 , for total expenses of $ 90.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2013                    By:                /s/MICHAEL J. WALRO, Trustee
                                                MICHAEL J. WALRO, Trustee
                                                Chapter 7 Trustee
                                                426 East Main Street
                                                Madison, IN 47250
                                                Phone: (812) 265-3617
                                                Fax: (812) 273-5181
                                                Email: mwalro@madi.twcbc.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

Exhibit A

Case No:    12-91540-BHL-7    Judge: BASIL H. LORCH, III

Case Name:    HOUGLAND, BRYAN KEITH

HOUGLAND, TRACY RENEE

For Period Ending:  04/29/13

Trustee Name:    MICHAEL J. WALRO, Trustee

Date Filed (f) or Converted (c):    07/13/12 (f)

341(a) Meeting Date:    08/10/12

Claims Bar Date:    12/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 542 S CR 1125 E SEYMOUR, IN 47274 | 43,100.00 | 0.00 | | 0.00 | FA |
| 2. PT SW 10-5-6 19.50A | 13,100.00 | 0.00 | | 0.00 | FA |
| 3. PT SW 14-5-6 5A | 2,376.00 | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND | 5.00 | 0.00 | | 0.00 | FA |
| 5. IBT - CHECKING | 45.00 | 453.39 | | 1,053.39 | FA |
| 6. PEOPLES BANK - CHECKING | 50.00 | 0.00 | | 0.00 | FA |
| 7. USED HOUSEHOLD GOODS | 500.00 | 500.00 | | 0.00 | FA |
| 8. USED CLOTHING | 200.00 | 200.00 | | 0.00 | FA |
| 9. JEWELRY | 100.00 | 100.00 | | 0.00 | FA |
| 10. 1997 DODGE - 250,000 MILES - DOESN'T RUN | 100.00 | 100.00 | | 0.00 | FA |
| 11. 1957 ALLIS CHALMERS BULLDOZER - DOESN'T RUN | 500.00 | 500.00 | | 0.00 | FA |
| 12. 1990 MITSUBISHI EXCAVATER | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 13. 1993 580 SUPER K CASE BACKHOE | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 14. 1996 CAT 307 SSR EXCAVATOR | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. 2005 KOMATSU SKIDLOADER | 3,000.00 | 3,000.00 | | 5,000.00 | FA |
| 16. HAND TOOLS FOR BUSINESS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 17. 2012 TAXES (u) | 0.00 | 1,500.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $81,076.00     $16,353.39     $11,053.39     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaiting copies of 2012 tax returns.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | |
|---|---|
| Case No: | 12-91540-BHL-7    Judge: BASIL H. LORCH, III |
| Case Name: | HOUGLAND, BRYAN KEITH |
| | HOUGLAND, TRACY RENEE |

| | |
|---|---|
| Trustee Name: | MICHAEL J. WALRO, Trustee |
| Date Filed (f) or Converted (c): | 07/13/12 (f) |
| 341(a) Meeting Date: | 08/10/12 |
| Claims Bar Date: | 12/06/12 |

Initial Projected Date of Final Report (TFR): 05/31/13        Current Projected Date of Final Report (TFR): 05/31/13

LFORM1    **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*                                                                                    Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-91540-BHL-7 |
| Case Name: | HOUGLAND, BRYAN KEITH |
| | HOUGLAND, TRACY RENEE |
| Taxpayer ID No: | *******6577 |
| For Period Ending: | 04/29/13 |

| Trustee Name: | MICHAEL J. WALRO, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5573 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 74,147,352.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | | 0.00 |
| C | 01/10/13 | | Bryan Hougland | backhoe & skidloader | | | 10,000.00 | | 10,000.00 |
| | | 13 | HOUGLAND, BRYAN | Memo Amount: | 5,000.00 | 1121-000 | | | |
| | | | | backhoe & skidloader | | | | | |
| | | 15 | HOUGLAND, BRYAN | Memo Amount: | 5,000.00 | 1121-000 | | | |
| | | | | backhoe & skidloaeder | | | | | |
| C | 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 10.07 | 9,989.93 |
| C | 02/28/13 | 010001 | SHERMAN, BARBER & MULLIKIN | ACCOUNTANT'S FEES | | 3410-000 | | 50.00 | 9,939.93 |
| | | | P.O. BOX 269 | | | | | | |
| | | | MADISON, INDIANA 47250 | | | | | | |
| C | 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 13.41 | 9,926.52 |
| C | 03/18/13 | 5 | Bryan Hougland | BANK ACCOUNTS | | 1129-000 | 1,053.39 | | 10,979.91 |
| C | 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 15.47 | 10,964.44 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 10,000.00 | COLUMN TOTALS | 11,053.39 | 88.95 | 10,964.44 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 |
| | | Subtotal | 11,053.39 | 88.95 |
| Memo Allocation Net: | 10,000.00 | Less: Payments to Debtors | | 0.00 |
| | | Net | 11,053.39 | 88.95 |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 10,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******5573 | 11,053.39 | 88.95 | 10,964.44 |
| Total Memo Allocation Net: | 10,000.00 | | 11,053.39 | 88.95 | 10,964.44 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    11,053.39    88.95

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.01

**FORM 2**

Page:  2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-91540-BHL-7 |
| Case Name: | HOUGLAND, BRYAN KEITH |
| | HOUGLAND, TRACY RENEE |
| Taxpayer ID No: | *******6577 |
| For Period Ending: | 04/29/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL J. WALRO, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5573  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 74,147,352.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.01

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
Page 1 — ANALYSIS OF CLAIMS REGISTER — Date: April 29, 2013

Case Number: 12-91540-BHL-7
Debtor Name: HOUGLAND, BRYAN KEITH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Dell Financial Services, LLC Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 | Unsecured | | $1,447.62 | $0.00 | $1,447.62 |
| 000002 070 7100-00 | Advanta Bank Corporation Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | | $215.36 | $0.00 | $215.36 |
| 000003 070 7100-00 | Fifth Third Bank 9441 LBJ Freeway, Suite 350 Dallas, Texas 75243 | Unsecured | | $1,032.59 | $0.00 | $1,032.59 |
| 000004 070 7100-00 | First National Bank of Omaha 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | Unsecured | | $1,391.57 | $0.00 | $1,391.57 |
| 000005 070 7100-00 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $535.63 | $0.00 | $535.63 |
| 000006 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $1,817.08 | $0.00 | $1,817.08 |
| 000007 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $6,300.16 | $0.00 | $6,300.16 |
| 000008 070 7100-00 | Midland Funding LLC 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $12,129.71 | $0.00 | $12,129.71 |
| 000009 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,411.89 | $0.00 | $1,411.89 |
| 000010 070 7100-00 | Midland Funding LLC 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,561.89 | $0.00 | $1,561.89 |
| 000011 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $4,777.22 | $0.00 | $4,777.22 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 2                                                                                                    Date: April 29, 2013

Case Number:    12-91540-BHL-7                          Claim Class Sequence
Debtor Name:    HOUGLAND, BRYAN KEITH

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | CNH Capital America LLC Po Box 3600 Lancaster, PA 17604-3600 | Unsecured | | $4,302.60 | $0.00 | $4,302.60 |
| 000013 070 7100-00 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $1,273.31 | $0.00 | $1,273.31 |
| 000014 070 7100-00 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $610.48 | $0.00 | $610.48 |
| 000015B 070 7100-00 | US BANK 1450 CHANNEL PARKWAY MASHALL, MN 56258 | Unsecured | | $6,338.40 | $0.00 | $6,338.40 |
| 000016 070 7100-00 | Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | Unsecured | | $2,172.89 | $0.00 | $2,172.89 |
| 000015A 050 4210-00 | US Bank 1450 Channel Parkway Marshall, MN 56258 | Secured Disallow/secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $47,318.40 | $0.00 | $47,318.40 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-91540-BHL-7
Case Name: HOUGLAND, BRYAN KEITH
          HOUGLAND, TRACY RENEE
Trustee Name: MICHAEL J. WALRO, Trustee

| | Balance on hand | | | | $ | 10,964.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000015A | US Bank | $ 3,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
|---|---|
| Remaining Balance | $ 10,964.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL J. WALRO, Trustee | $ 1,855.34 | $ 0.00 | $ 1,855.34 |
| Trustee Expenses: MICHAEL J. WALRO, Trustee | $ 90.76 | $ 0.00 | $ 90.76 |

| Total to be paid for chapter 7 administrative expenses | $ 1,946.10 |
|---|---|
| Remaining Balance | $ 9,018.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,318.40  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dell Financial Services, LLC | $ 1,447.62 | $ 0.00 | $ 275.90 |
| 000002 | Advanta Bank Corporation | $ 215.36 | $ 0.00 | $ 41.05 |
| 000003 | Fifth Third Bank | $ 1,032.59 | $ 0.00 | $ 196.80 |
| 000004 | First National Bank of Omaha | $ 1,391.57 | $ 0.00 | $ 265.22 |
| 000005 | American InfoSource LP as agent for | $ 535.63 | $ 0.00 | $ 102.08 |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ 1,817.08 | $ 0.00 | $ 346.31 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 6,300.16 | $ 0.00 | $ 1,200.74 |
| 000008 | Midland Funding LLC | $ 12,129.71 | $ 0.00 | $ 2,311.78 |
| 000009 | GE Capital Retail Bank | $ 1,411.89 | $ 0.00 | $ 269.09 |
| 000010 | Midland Funding LLC | $ 1,561.89 | $ 0.00 | $ 297.68 |
| 000011 | Quantum3 Group LLC as agent for | $ 4,777.22 | $ 0.00 | $ 910.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | CNH Capital America LLC | $ 4,302.60 | $ 0.00 | $ 820.03 |
| 000013 | Capital One, N.A. | $ 1,273.31 | $ 0.00 | $ 242.68 |
| 000014 | Capital One, N.A. | $ 610.48 | $ 0.00 | $ 116.35 |
| 000016 | Portfolio Recovery Associates, LLC | $ 2,172.89 | $ 0.00 | $ 414.12 |
| 000015B | US BANK | $ 6,338.40 | $ 0.00 | $ 1,208.03 |

Total to be paid to timely general unsecured creditors    $ 9,018.34

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) _(Page: 11)_